APPENDIX A
COMPLAINT FORMAT

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
_____Civil_____ DIVISION

(Name of Plaintiff)
**Plaintiff** Rodney Murphy

vs.

Civil Action No. 15-206-CB-C

(Name of Defendant(s))
**Defendant** Secretary of United States Department of HUD

COMPLAINT
(Double space text of complaint)

(Grounds for jurisdiction)
1. Under U.S. Constitution Alabama is the proper jurisdiction in Rem. by law
Pro Se

(Show plaintiff's name(s) and residence or address)
2. Rodney Murphy
3010 Renee Dr.
Montg. AL. 36116

(Show defendant(s) name(s) and address(es))
3. Official capacity
Secretary of United States Department of HUD

**APPENDIX A (Cont'd)**
**COMPLAINT FORMAT**

4.

(State briefly your legal claim or your reason for filing suit.   Include the statue under which the suit is filed.) Civil rights violation & ethical issues and know oral argument. This suit is being filed under U.S. Constitutions 5. 14th amendment.

(Give a brief, concise statement of the specific facts involved in your case)
Bias was preformed by the lower courts. In doing so, I was deprived ~~of~~ without due process.

6.
(State the relief you are requesting.)
Any and all relief permitted under the laws of the U.S. Constitution and state Constitution of alabama.

Rodney J Murphy  4/13/15
(Signature and date), pro se

3010 Renec Dr. Montg.
(Address) AL. 36116

(334) 467-3504
(Phone Number)

**APPENDIX B**
**CERTIFICATE OF SERVICE FORMAT**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing _Rodney Murphy V. Hud_
(Name of pleading)

was mailed/delivered to _Elizabeth Rockett_ at _1587 N.E. Expressway_
(Name of defendant(s) or       (Address)
defendant's attorney)          _Atlanta, GA. 30329_

on _April 13th_, 20 _15_.

_Rodney J. Murphy_
(Signature and date), pro se

_3610 Renee Dr, Montg. AL._
(Address)   _36116_

_(334) 467-3504_
(Phone Number)

Rodney J. Murphy
3010 Renee Dr.
Montg., AL. 36116



MONTGOMERY AL 360

13 APR 2015 PM 3 L



United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL. 36602