## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RODNEY MURPHY, | : |
| Plaintiff, | : |
| vs. | :  CA 15-0206-CB-C |
| SECRETARY, UNITED STATES DEPARTMENT OF HUD, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 1, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** this 3rd day of    June    , 2015.


s/Charles R. Butler, Jr.
**SENIOR UNITED STATES DISTRICT JUDGE**